UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

**CIVIL ACTION NO. 10-182-DLB**

**ROBERT EDWARD SNEED**                                                                **PETITIONER**

vs.                          **ORDER AND JUDGMENT**

**PHILLIP PARKER, WARDEN**                                          **RESPONDENT**
**Kentucky State Penitentiary**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the Report and Recommendation (R&R) of the United States Magistrate Judge (Doc. # 8) entered on August 20, 2010. The R&R recommends that Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 be denied for failure to file within the applicable statute of limitations. After reviewing the entire record and the R&R, noting that no objections to the R&R have been filed, and the time for filing such objections having now expired, and the Court being in agreement with the Magistrate Judge's recommendation that the Petition is time barred, and being otherwise sufficiently advised,

      **IT IS ORDERED AND ADJUDGED** that:

(1)     the Report and Recommendation of the United States Magistrate Judge (Doc. # 8) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)     The Petition for Writ of Habeas Corpus (Doc. # 1) pursuant to 28 U.S.C. § 2254 is hereby **DENIED**;

1

(3) This matter is hereby **DISMISSED** and **STRICKEN** from the docket of the Court.

(4) That for the reasons set forth in the Magistrate Judge's R&R, the Court determines there would be no arguable merit for an appeal in this matter and, therefore, no certificate of appealability shall issue.

This 8th day of September, 2010.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\London\10-182 OrderAdoptingR&R.wpd